**Order entered September 23, 2019**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00890-CR

### CURTIS DEWIGHT NELSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 068322**

## ORDER

Before the Court is appellant's September 20, 2019 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before October 21, 2019.

/s/    CORY L. CARLYLE
          JUSTICE